Case: 1:21-cr-00642 Document #: 2 Filed: 10/19/21 Page 1 of 23 PageID #:3



**FILED**
10/19/2021  JH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**21CR642-1**

**U.S. District Court**
**Western District of Missouri (Springfield)**
**CRIMINAL DOCKET FOR CASE #: 6:08-cr-03109-MDH-1**

---

Case title: USA v. X et al

Related Case: 6:12-cv-03480-GAF

Date Filed: 09/18/2008

Date Terminated: 11/17/2010

---

Assigned to: District Judge M. Douglas Harpool

Appeals court case number: 10-3581

I HEREBY ATTEST AND CERTIFY ON __10/19/2021__
THAT THE FOREGOING DOCUMENT IS A FULL TRUE AND
CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

PAIGE A. WYMORE-WYNN
CLERK, U.S. DISTRCIT COURT
WESTERN DISTRICT OF MISSOURI

By: _____, Deputy

**Defendant (1)**

**Claude X**
21059-045
TERRE HAUTE
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 12015
TERRE HAUTE, IN 47801
*TERMINATED: 11/17/2010*
*also known as*
Claude Turner
*TERMINATED: 11/17/2010*

represented by **Donald R. Cooley**
901 East St. Louis St. Suite 1600
Springfield, MO 65806
(417) 831-3139
Fax: (417) 866-6101
Email: dcooleylaw@sbcglobal.net
***TERMINATED: 01/15/2009***
*LEAD ATTORNEY*
*Designation: Retained*
*Bar Status: Active*

**Laine T Cardarella**
Federal Public Defender's Office - KCMO
Walnut Street
1000 Walnut
Ste. 600
Kansas City, MO 64106
816-471-8282
Email: laine_cardarella@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status: Active*

**Robert D. Lewis**
435 East Walnut Street
Springfield, MO 65806
(417) 849-9834
Fax: (417) 864-7000
Email: bobalew003@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

*Bar Status: Inactive*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE HEROIN AND COCAINE (1sss) | Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect. |
| POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (2ss-4ss) | dismissed |
| POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE (2sss) | Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect. |
| POSSESSION WITH INTENT TO DISTRIBUTE HEROIN (3sss) | Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and |

Commitment, dated November 16, 2010, shall remain in effect.

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE (4sss)

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA (5sss)

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

DISTRIBUTE A MIXTURE CONTAINING HEROIN (6sss)

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

DISTRIBUTE A MIXTURE OF COCAINE NEAR A SCHOOL (8sss)

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12

an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

DISTRIBUTE A MIXTURE OF COCAINE NEAR A SCHOOL (10sss)

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

USED AND CARRIED FIREARM DURING TRAFFICKING (11sss)

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

DISTRIBUTE A MIXTURE CONTAINING HEROIN (12sss)

BSentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on

Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

**POSSESSION OF FIREARM BY FELON**
**(13sss)**

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

**DISTRIBUTE A MIXTURE**
**CONTAINING HEROIN**
**(15sss)**

Sentence Reduced 9/10/2021: Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 an 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE HEROIN (1) | dismissed |
| CONSPIRACY TO DISTRIBUTE HEROIN, COCAINE, MARIJUANA (1s) | dismissed |

| | |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1ss) | dismissed |
| POSSESSION WITH INTENT TO DISTRIBUTE HEROIN (2) | dismissed |
| POSSESSION W/INTENT TO DISTRIBUTE HEROIN (2s) | dismissed |
| DISTRIBUTION OF COCAINE (3) | dismissed |
| POSSESSION W/INTENT TO DISTRIBUTE COCAINE (3s) | dismissed |
| DISTRIBUTION OF HEROIN (4-5) | dismissed |
| POSSESSION W/INTENT TO DISTRIBUTE MARIJUANA (4s) | dismissed |
| POSSESSION OF AMMUNITION BY CONVICTED FELON (6) | dismissed |
| DISTRIBUTION OF HEROIN (7) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (7sss) | dismissed |
| POSSESSION W/INTENT TO DISTRIBUTE HEROIN (8s) | dismissed |
| INTENTIONALLY DISTRIBUTE MIXED SUBSTANCE CONTAINING HEROIN (8ss) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (9s) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (9ss) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (9sss) | dismissed |
| DISTRIBUTE A MIX/SUB CONT COCAINE 1,000 FT FROM SCHOOL (10s) | dismissed |

| | |
|---|---|
| DISTRIBUTE A MIX/SUB CONT COCAINE 1,000 FEET FROM SCHOOL (10ss) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (11s) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (11ss) | dismissed |
| DISTRIBUTE A MIX/SUB CONT COCAINE 1,000 FT FROM SCHOOL (12s) | dismissed |
| DISTB A MIX/SUB CONT COCAINE 1,000 FT FROM SCHOOL (12ss) | dismissed |
| KNOW & CARRY FIREARM FOR DRUG TRAFFICKING (13s) | dismissed |
| KNOW & CARRY FIREARM FOR DRUG TRAFFICKING (13ss) | dismissed |
| INTENTIONALLY DISTRIBUTE MIX/SUB CONT HEROIN (14s) | dismissed |
| INTENTIONALLY DISTRIB MIX/SUB CONT HEROIN (14ss) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (14sss) | dismissed |
| POSSESSION OF FIREARM BY CONVICTED FELON (15s) | dismissed |
| CONVICTED FELON POSSESSING A FIREARM (15ss) | dismissed |
| POSSESSION WITH INTENT TO DISTRIBUTE MIXTURE W/DETECTABLE AMT OF HEROIN (16sss-17sss) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (18sss) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (19s) | dismissed |

| | |
|---|---|
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (19ss) | dismissed |
| INTENTIONALLY DISTRIBUTE MIX/SUB CONT HEROIN (20s) | dismissed |
| INTENTIONALLY DISTRIB MIX/SUB CONTAINING HEROIN (20ss) | dismissed |
| POSSESSION WITH INTENT TO DISTRIBUTE HEROIN (21s) | dismissed |
| INTENTIONALLY POSS W/INTENT TO DISTRIBUTE M/S COCAINE (21ss-22ss) | dismissed |
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE (22s) | dismissed |
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (27ss) | dismissed |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                         **Disposition**

None

---

**Plaintiff**

**USA**                          represented by    **Brian Patrick Casey**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816) 426-4138
Fax: (817) 426-3850
Email: brian.casey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

**Cynthia J. Hyde**
United States Attorney's Office-Spgfd
901 St. Louis Street
Suite 500

Springfield, MO 65806-2511
417/831-4406
Fax: 417/831-4511
Email: cynthia.hyde@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James C. Bohling**
Office of the United States Attorney
400 E. 9th St.
5th Floor
Kansas City, MO 64106
(816) 426-3122
Fax: (816) 426-4322
Email: Curt.Bohling@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

**Timothy A. Garrison**
Husch Blackwell LLP - Spfd
901 St. Louis Street
Suite 1800
Springfield, MO 65806
417-268-4000
Fax: 417-268-4040
Email: Timothy.Garrison@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2008 | 1 | INDICTMENT as to Claude X (1) count(s) 1, 2, 3, 4-5, 6, 7, Aarika M. Tracy (2) count(s) 1, 3, 5, 7. (Elayer, Glenda) (Entered: 09/19/2008) |
| 09/18/2008 | 2 | ORDER REFERRING CASE to Magistrate Judge James C. England as to Claude X, Aarika M. Tracy. (Elayer, Glenda) (Entered: 09/19/2008) |
| 09/18/2008 | 3 | ORDER Authorizing Temporary Transfer of Custody on Consent as to Claude X, Aarika M. Tracy (Elayer, Glenda) (Entered: 09/19/2008) |
| 09/18/2008 | 21 | ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT as to Claude X, Aarika M. Tracy. (Anderson, Christy) (Entered: 10/27/2008) |
| 10/01/2008 | | Case unsealed as to Claude X, Aarika M. Tracy pursuant to order dated 10/1/08 (Elayer, Glenda) (Entered: 10/02/2008) |

| 10/01/2008 | 4 | Minute Entry for proceedings held before Magistrate Judge James C. England: INITIAL APPEARANCE as to Claude X held on 10/1/2008, dft in custody (Court Reporter ERO Glenda Elayer.) (Elayer, Glenda) (Entered: 10/02/2008) |
| --- | --- | --- |
| 10/01/2008 | 5 | ORDER as to Claude X Arraignment, Detention Hearing and Scheduling Conference set for 10/3/2008 10:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 10/02/2008) |
| 10/02/2008 | 6 | MOTION for detention hearing by USA as to Claude X. Suggestions in opposition/response due by 10/17/2008 unless otherwise directed by the court. (Garrison, Timothy) (Entered: 10/02/2008) |
| 10/03/2008 | 7 | Minute Entry for proceedings held before Magistrate Judge James C. England: STATUS CONFERENCE as to Claude X held on 10/3/2008, dft in custody (Court Reporter ERO Glenda Elayer.) (Elayer, Glenda) (Entered: 10/03/2008) |
| 10/03/2008 | 8 | ORDER as to Claude X Arraignment, Detention Hearing and Scheduling Conference set for 10/8/2008 10:00 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 10/03/2008) |
| 10/07/2008 | 9 | ARREST WARRANT RETURNED EXECUTED on 10/01/2008 as to Claude X. This document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Burch, C. Steve) (Entered: 10/07/2008) |
| 10/08/2008 | 10 | Minute Entry for proceedings held before Magistrate Judge James C. England: ARRAIGNMENT, DETENTION HEARING and SCHEDULING CONFERENCE as to Claude X (1) Count 1,2,3,4-5,6,7 held on 10/8/2008, plea of not guilty entered to each count, dft in custody (Court Reporter ERO Glenda Elayer.) (Elayer, Glenda) (Entered: 10/08/2008) |
| 10/08/2008 | 11 | SCHEDULING AND TRIAL ORDER as to Claude X (Elayer, Glenda) (Entered: 10/08/2008) |
| 10/15/2008 | 15 | ORDER by Judge James C. England granting 6 motion for detention and detaining dft without bail as to Claude X (1) (Elayer, Glenda) (Entered: 10/15/2008) |
| 10/27/2008 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 09/18/08 as Document No. 3, Order Authorizing Temporary Transfer of Custody on Consent. The document has been deleted as the incorrect document was filed. Correct document will be refiled. This is a text entry only - no document is attached. (Anderson, Christy) (Entered: 10/27/2008) |
| 12/01/2008 | 27 | ORDER setting pretrial conference as to Claude X, Aarika M. Tracy Pretrial Conference set for 12/18/2008 02:00 PM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 12/01/2008) |
| 12/17/2008 | 28 | SUPERSEDING INDICTMENT as to Claude X (1) count(s) 1s, 2s, 3s, 4s, 8s, 9s, 10s, 11s, 12s, 13s, 14s, 15s, 19s, 20s, 21s, 22s, Aarika M. Tracy (2) count(s) 1s, 5s, 6s, 7s, 10s, 13s, 14s, 16s, 17s, 18s, 20s, 21s, 22s, 23s, 24s-25s, 26s, 27s, 28s. (Elayer, Glenda) (Entered: 12/18/2008) |
| 12/19/2008 | 29 | ORDER as to Claude X, Aarika M. Tracy Initial Appearance and Arraignment on Superseding Indictment set for 1/15/2009 11:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England. (Elayer, Glenda) (Entered: 12/19/2008) |

| 01/12/2009 | 30 | NOTICE *and Bill of Particulars for Forfeiture of Property* by USA as to Claude X (Garrison, Timothy) (Entered: 01/12/2009) |
| 01/15/2009 | 32 | Minute Entry for proceedings held before Magistrate Judge James C. England: granting 31 motion for new counsel and FPD's Office withdrawn as counsel as to Aarika M. Tracy (2); STATUS CONFERENCE as to Claude X, Aarika M. Tracy held on 1/15/2009, Don Cooley allowed to withdraw as counsel for dft Claude X, dft X given two weeks to decide whether or not he is requesting counsel, dfts in custody (Court Reporter ERO Glenda Elayer.) (Elayer, Glenda) (Entered: 01/15/2009) |
| 01/15/2009 | 33 | ORDER as to Claude X Status Conference set for 2/4/2009 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 01/15/2009) |
| 02/04/2009 | 36 | Minute Entry for proceedings held before Magistrate Judge James C. England: STATUS CONFERENCE as to Claude X held on 2/4/2009, dft in custody (Court Reporter ERO Glenda Elayer.) (Elayer, Glenda) (Entered: 02/04/2009) |
| 02/04/2009 | 37 | AFFIDAVIT of Financial Status of Claude X. This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Elayer, Glenda) (Entered: 02/04/2009) |
| 02/04/2009 | 38 | ORDER APPOINTING COUNSEL UNDER CJA as to Claude X Robert D. Lewis for Claude X appointed. (Attachments: # 1 Notice)(Elayer, Glenda) (Entered: 02/04/2009) |
| 02/04/2009 | 39 | ORDER as to Claude X Arraignment and Scheduling Conference set for 2/23/2009 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England. (Elayer, Glenda) (Entered: 02/04/2009) |
| 02/20/2009 | 41 | ORDER as to Claude X Arraignment and Scheduling Conference reset for 2/23/2009 11:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England. (Elayer, Glenda) (Entered: 02/20/2009) |
| 02/23/2009 | 42 | Minute Entry for proceedings held before Magistrate Judge James C. England: ARRAIGNMENT and SCHEDULING CONFERENCE as to Claude X (1) Count 1,1s,2,2s,3,3s,4-5,4s,6,7,8s,9s,10s,11s,12s,13s,14s,15s,19s,20s,21s,22s held on 2/23/2009, plea of not guilty entered to each count, dft in custody (Court Reporter ERO Glenda Elayer.) (Elayer, Glenda) (Entered: 02/23/2009) |
| 02/23/2009 | 43 | SCHEDULING AND TRIAL ORDER as to Claude X (Elayer, Glenda) (Entered: 02/23/2009) |
| 03/26/2009 | 46 | ORDER setting pretrial conference as to Claude X, Aarika M. Tracy Pretrial Conference set for 4/9/2009 02:00 PM before Judge Ortrie Smith.(Howard, Linda) (Entered: 03/26/2009) |
| 04/01/2009 | 48 | SUPERSEDING INDICTMENT (filed under seal) as to Claude X (1) count(s) 1ss, 2ss-4ss, 8ss, 9ss, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss, 19ss, 20ss, 21ss-22ss, 27ss, Aarika McKenzie Tracy (2) count(s) 1ss, 5ss-7ss, 10ss, 13ss, 14ss, 16ss, 17ss, 18ss, 20ss, 21ss-22ss, 23ss, 24ss, 25ss, 26ss, 28ss, 29ss, Christina X (3) count(s) 1, 21-22, 27. (Elayer, Glenda) (Entered: 04/08/2009) |
| 04/08/2009 | | Second Superseding Indictment unsealed as to Claude X, Aarika McKenzie Tracy, Christina X pursuant to order dated 4/8/09 (Elayer, Glenda) (Entered: 04/08/2009) |
| 04/09/2009 | 54 | Minute Entry for proceedings held before Magistrate Judge James C. England: INITIAL APPEARANCE and ARRAIGNMENT on Second Superseding Indictment |

|  |  | as to Claude X (1) Count 1,1s,1ss,2,2s,2ss-4ss,3,3s,4-5,4s,6,7,8s,8ss,9s,9ss,10s,10ss,11s,11ss,12s,12ss,13s, 13ss,14s,14ss,15s,15ss,19s,19ss,20s,20ss,21s,21ss-22ss,22s,27ss and Aarika McKenzie Tracy (2) Count 1,1s,1ss,3,5,5s,5ss-7ss,6s,7,7s,10s,10ss,13s,13ss,14s,14ss,16s,16ss,17s,17ss,18s, 18ss,20s,20ss,21s,21ss-22ss,22s,23s,23ss,24s-25s,24ss,25ss,26s,26ss,27s,28s,28ss,29ss held on 4/9/2009, pleas of not guilty entered by each dft to all counts, dfts in custody (Court Reporter ERO Glenda Elayer.) (Elayer, Glenda) (Entered: 04/10/2009) |
|---|---|---|
| 05/01/2009 | 62 | ORDER setting pretrial conference as to Claude X, Aarika McKenzie Tracy, Christina X Pretrial Conference set for 5/21/2009 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 05/01/2009) |
| 05/21/2009 | 68 | ADMINISTRATIVE MOTION to continue by Claude X, Christina X (no document attached) (Elayer, Glenda) (Entered: 05/21/2009) |
| 05/21/2009 | 69 | ORDER by Judge James C. England granting 66 motion for extension of time to file pretrial motions until 6/5/09 as to Aarika McKenzie Tracy (2), Christina X(3); and granting motion to continue trial setting 67 68 as to defendants Claude X, Aarika McKenzie Tracy, Christina X; jury trial will be reset by subsequent order (Elayer, Glenda) (Entered: 05/21/2009) |
| 09/18/2009 | 82 | MOTION to suppress by Claude X. Suggestions in opposition/response due by 10/5/2009 unless otherwise directed by the court. (Lewis, Robert) (Entered: 09/18/2009) |
| 09/18/2009 | 83 | ORDER as to Claude X Suppression Hearing set for 9/21/2009 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 09/18/2009) |
| 09/21/2009 | 84 | Minute Entry for proceedings held before Magistrate Judge James C. England: SUPPRESSION HEARING as to Claude X, Aarika McKenzie Tracy, Christina X held on 9/21/2009, dfts Claude X and Tracy in custody; dft Christina X on bond. To order a transcript of this hearing please contact Glenda Elayer, 417-865-3869. (Elayer, Glenda) (Entered: 09/21/2009) |
| 09/21/2009 | 85 | GOVERNMENT'S EXHIBIT INDEX for suppression hearing as to Claude X, Aarika McKenzie Tracy, Christina X. (Elayer, Glenda) Original Exhibits returned to Tim Garrison on 10/21/2009 (Elayer, Glenda). (Entered: 09/21/2009) |
| 09/21/2009 | 86 | DEFENDANT TRACY'S EXHIBIT INDEX for suppression hearing as to Claude X, Aarika McKenzie Tracy, Christina X. (Elayer, Glenda) (Entered: 09/21/2009) |
| 09/23/2009 | 87 | ELECTRONIC TRANSCRIPT as to Claude X, Aarika McKenzie Tracy, Christina X of Suppression Hearing held September 21, 2009 before Judge James C. England. Court Reporter: Lissa Whittaker, 816-822-3653. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies. This transcript will be released 90 days after the termination of the case. Notice of Intent to File Redaction of Transcripts due by 10/2/2009.**(Whittaker, Lissa) (Entered: 09/23/2009) |
| 10/14/2009 | 88 | REPORT AND RECOMMENDATION by Judge James C. England as to Claude X, Aarika McKenzie Tracy, Christina X re 70 MOTION to suppress, 71 MOTION to |

| | | |
|---|---|---|
| | | suppress *evidence*, 82 MOTION to suppress; and denying motion to disclose identities of confidential sources. Objections to R&R due by 11/2/2009(Elayer, Glenda) (Entered: 10/14/2009) |
| 12/03/2009 | 96 | ORDER denying 82 motion to suppress as to Claude X (1); adopting Report and Recommendations re 88 Report and Recommendations as to Claude X (1), Christina X (3); denying 70 motion to suppress as to Christina X (3). Signed by District Judge Ortrie D. Smith on 12/03/2009. (Will-Fees, Eva) (Entered: 12/03/2009) |
| 12/07/2009 | 97 | ORDER setting pretrial conference as to Claude X, Aarika McKenzie Tracy, Christina X Pretrial Conference set for 12/21/2009 02:00 PM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 12/07/2009) |
| 12/14/2009 | 100 | MOTION to file out of time *Motion to Suppress* by Claude X. Suggestions in opposition/response due by 12/31/2009 unless otherwise directed by the court. (Lewis, Robert) (Entered: 12/14/2009) |
| 12/16/2009 | 102 | THIRD SUPERSEDING INDICTMENT as to Claude X (1) count(s) 1sss, 2sss, 3sss, 4sss, 5sss, 6sss, 7sss, 8sss, 9sss, 10sss, 11sss, 12sss, 13sss, 14sss, 15sss, 16sss-17sss, 18sss, Christina X (3) count(s) 1s, 16s-17s, 18s. (Elayer, Glenda) (Entered: 12/16/2009) |
| 12/16/2009 | 103 | ORDER as to Claude X Initial Appearance and Arraignment on Third Superseding Indictment set for 12/22/2009 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England; pretrial conf set on 12/21/09 is cancelled (Elayer, Glenda) (Entered: 12/16/2009) |
| 12/22/2009 | 115 | Minute Entry for proceedings held before Magistrate Judge James C. England: INITIAL APPEARANCE and ARRAIGNMENT on Third Superseding Indictment as to Claude X (1) Count 1,1s,1ss,1sss,2,2s,2ss-4sss,2sss,3,3s,3sss,4-5,4s,4sss,5sss,6,6sss,7,7sss,8s,8ss,8sss, 9s,9ss,9sss,10s,10ss,10sss,11s,11ss,11sss,12s,12ss,12sss,13s,13ss,13sss,14s,14ss,14sss, 15s,15ss,15sss,16sss-17sss,18sss,19s,19ss,20s,20ss,21s,21ss-22ss,22s,27ss held on 12/22/2009, plea of not guilty entered to each count, dft in custody. To order a transcript of this hearing please contact Glenda Elayer, 417-865-3869. (Elayer, Glenda) (Entered: 12/22/2009) |
| 12/22/2009 | 116 | ORDER by Judge James C. England granting 100 motion to file pretrial motion to suppress on or before 1/8/10 as to Claude X (1) (Elayer, Glenda) (Entered: 12/22/2009) |
| 01/05/2010 | 117 | Second MOTION to suppress by Claude X as to Claude X, Aarika McKenzie Tracy, Christina X. Suggestions in opposition/response due by 1/22/2010 unless otherwise directed by the court. (Lewis, Robert) (Entered: 01/05/2010) |
| 01/06/2010 | 118 | Supplemental MOTION to suppress *(addendum to DOC. 117)* by Claude X. Suggestions in opposition/response due by 1/25/2010 unless otherwise directed by the court. (Lewis, Robert) (Entered: 01/06/2010) |
| 01/22/2010 | 120 | SUGGESTIONS in opposition by USA as to Claude X re 117 Second MOTION to suppress *Government's Response to Defendant's Second Motion to Suppress and Addendum to Second Motion To Suppress*. Reply suggestions due by 2/8/2010 unless otherwise directed by the court (Garrison, Timothy) (Entered: 01/22/2010) |

Case: 1:21-cr-00642 Document #: 2 Filed: 10/19/21 Page 14 of 23 PageID #:16

| | | |
|---|---|---|
| 01/22/2010 | 121 | ORDER as to Claude X Suppression Hearing set for 2/23/2010 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Judge James England.(Elayer, Glenda) (Entered: 01/22/2010) |
| 02/16/2010 | 122 | ORDER as to Claude X Suppression Hearing reset for 3/1/2010 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Magistrate Judge James C. England. (Elayer, Glenda) (Entered: 02/16/2010) |
| 02/23/2010 | 124 | MOTION for order *Government's Motion for Rescheduling of Suppression Hearing* by USA as to Claude X. Suggestions in opposition/response due by 3/12/2010 unless otherwise directed by the court. (Garrison, Timothy) (Entered: 02/23/2010) |
| 02/23/2010 | 125 | ORDER as to Claude X Suppression Hearing reset for 3/11/2010 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Magistrate Judge James C. England. (Elayer, Glenda) (Entered: 02/23/2010) |
| 03/11/2010 | 126 | Minute Entry for proceedings held before Magistrate Judge James C. England: SUPPRESSION HEARING as to Claude X held on 3/11/2010, dft in custody. To order a transcript of this hearing please contact Glenda Elayer, 417-865-3869. (Elayer, Glenda) (Entered: 03/11/2010) |
| 03/11/2010 | 127 | GOVERNMENT'S EXHIBIT INDEX for suppression hearing as to Claude X. (Elayer, Glenda) Original exhibits returned to AUSA Tim Garrison on 6/23/2010 (Elayer, Glenda). (Entered: 03/11/2010) |
| 03/11/2010 | 128 | DEFENDANT'S EXHIBIT INDEX for suppression hearing as to Claude X. (Elayer, Glenda) (Entered: 03/11/2010) |
| 03/18/2010 | 129 | ELECTRONIC TRANSCRIPT as to Claude X of Suppression Hearing held March 11, 2010 before Judge James C. England. Court Reporter: Lissa Whittaker, 816-822-3653. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies. This transcript will be released 90 days after the termination of the case. Notice of Intent to File Redaction of Transcripts due by 3/25/2010.**(Whittaker, Lissa) (Entered: 03/18/2010) |
| 04/16/2010 | 133 | REPORT AND RECOMMENDATION by Judge James C. England as to Claude X re 117 Second MOTION to suppress and 118 Supplemental MOTION to suppress. Objections to R&R due by 5/3/2010(Elayer, Glenda) (Entered: 04/16/2010) |
| 05/03/2010 | 135 | OBJECTION TO REPORT AND RECOMMENDATIONS 133 by Claude X (Lewis, Robert) (Entered: 05/03/2010) |
| 05/04/2010 | 136 | SUGGESTIONS in support by Claude X re 133 REPORT AND RECOMMENDATIONS as to Claude X re 118 Supplemental MOTION to suppress *(addendum to DOC. 117)*, 117 Second MOTION to suppress (Lewis, Robert) (Entered: 05/04/2010) |
| 05/18/2010 | 137 | ORDER denying 117 motion to suppress as to Claude X (1); denying 118 motion to suppress as to Claude X (1); adopting Report and Recommendations re 133 Report and Recommendations as to Claude X (1). Signed on 05/18/2010 by District Judge Ortrie D. Smith. (Will-Fees, Eva) (Entered: 05/18/2010) |

| 06/03/2010 | 138 | ORDER setting pretrial conference as to Claude X, Christina X Pretrial Conference set for 6/22/2010 09:30 AM in Magistrate Courtroom, Springfield (JCE) before Magistrate Judge James C. England.(Elayer, Glenda) (Entered: 06/03/2010) |
|---|---|---|
| 06/22/2010 | 143 | Minute Entry for proceedings held before Magistrate Judge James C. England: PRETRIAL CONFERENCE as to Claude X held on 6/22/2010, dft in custody. To order a transcript of this hearing please contact Glenda Elayer, 417-865-3869. (Elayer, Glenda) (Entered: 06/22/2010) |
| 06/28/2010 | 151 | NOTICE *Government's Notice of Agreements with Witnesses* by USA as to Claude X (Garrison, Timothy) (Entered: 06/28/2010) |
| 06/28/2010 | 152 | NOTICE *of Expert's Name, Qualifications and Subject of Testimony* by USA as to Claude X (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Garrison, Timothy) (Entered: 06/28/2010) |
| 06/28/2010 | 153 | NOTICE *Government's Notice of Intention to Rely on Other Acts of a Similar Nature* by USA as to Claude X (Garrison, Timothy) (Entered: 06/28/2010) |
| 06/28/2010 | 154 | NOTICE *Government's Notice of Prior Felony Convictions of Witnesses* by USA as to Claude X (Garrison, Timothy) (Entered: 06/28/2010) |
| 06/28/2010 | 155 | PROPOSED WITNESS LIST by USA as to Claude X (Garrison, Timothy) (Entered: 06/28/2010) |
| 06/28/2010 | 156 | NOTICE *of Government's Intention to Offer Criminal Convictions for the Purpose of Impeachment of Defendant* by USA as to Claude X (Garrison, Timothy) (Entered: 06/28/2010) |
| 06/28/2010 | 157 | PROPOSED EXHIBIT LIST by USA as to Claude X (Garrison, Timothy) (Entered: 06/28/2010) |
| 06/29/2010 | 158 | NOTICE *Amended Notice of Expert's Name, Qualifications and Subject of Testimony* by USA as to Claude X (Attachments: # 1 Exhibit G)(Garrison, Timothy) (Entered: 06/29/2010) |
| 06/30/2010 | 160 | ORDER as to Claude X Jury Trial set for 7/12/2010 01:30 PM in District Courtroom 1, Springfield (RED) before District Judge Richard E. Dorr (attys and dft to be present at 1:00 p.m.).(Elayer, Glenda) (Entered: 06/30/2010) |
| 07/02/2010 | 161 | ORDER as to Claude X directing parties to file proposed voir dire, witness and exhibit list and jury instructions by 5:00 p.m. on 7/7/10. Signed on 7/2/10 by District Judge Richard E. Dorr.(Siegert, Karen) (Entered: 07/02/2010) |
| 07/02/2010 | 162 | RULES OF JURY TRIAL. Signed on 7/2/10 by District Judge Richard E. Dorr.(Siegert, Karen) (Entered: 07/02/2010) |
| 07/02/2010 | 163 | NOTICE *of Payment of Witness* by USA as to Claude X (Garrison, Timothy) (Entered: 07/02/2010) |
| 07/02/2010 | 164 | NOTICE *of Intent to Admit Records Under Fed. R. Evid. 803 and 902* by USA as to Claude X (Garrison, Timothy) (Entered: 07/02/2010) |
| 07/06/2010 | 165 | NOTICE *Information Charging Prior Offenses* by USA as to Claude X (Garrison, Timothy) (Entered: 07/06/2010) |
| 07/07/2010 | 167 | ORDER TRANSFERRING/REASSIGNING CASE as to Claude X. Case reassigned to District Judge Richard E. Dorr for trial and all further proceedings. District Judge |

| | | Ortrie D. Smith no longer assigned to case. Signed on 7/7/10 by District Judge Richard E. Dorr.(Siegert, Karen) (Entered: 07/07/2010) |
|---|---|---|
| 07/07/2010 | 168 | PROPOSED JURY INSTRUCTIONS by USA as to Claude X (Garrison, Timothy) (Entered: 07/07/2010) |
| 07/07/2010 | 169 | PROPOSED VOIR DIRE by Claude X (Lewis, Robert) (Entered: 07/07/2010) |
| 07/07/2010 | 170 | PROPOSED WITNESS LIST by Claude X (Lewis, Robert) (Entered: 07/07/2010) |
| 07/07/2010 | 171 | PROPOSED VOIR DIRE by USA as to Claude X (Garrison, Timothy) (Entered: 07/07/2010) |
| 07/07/2010 | 172 | NOTICE *United States' Supplemental Notice of Agreements with Witnesses* by USA as to Claude X (Garrison, Timothy) (Entered: 07/07/2010) |
| 07/09/2010 | 174 | MOTION in limine by Claude X. Suggestions in opposition/response due by 7/26/2010 unless otherwise directed by the court. (Lewis, Robert) (Entered: 07/09/2010) |
| 07/09/2010 | 175 | NOTICE OF HEARING as to Claude X. This is the official notice for this hearing. Jury Trial reset to begin at 9:00 a.m. on 7/12/2010 in District Courtroom 1, Springfield (RED) before District Judge Richard E. Dorr. Pretrial Conference set for 8:30 a.m. on 7/12/2010 in District Courtroom 1, Springfield (RED) before District Judge Richard E. Dorr.This is a TEXT ONLY ENTRY. No document is attached.(Siegert, Karen) Modified on 7/12/2010 (Siegert, Karen). (Entered: 07/09/2010) |
| 07/12/2010 | 176 | Minute Entry for proceedings held before District Judge Richard E. Dorr: granting in part and denying in part 174 motion in limine as to Claude X (1); PRETRIAL CONFERENCE/JURY TRIAL DAY 1 - as to Claude X held on 7/12/2010. Jury Voir dire. Govt's case. Recess until 7/13/10. To order a transcript of this hearing please contact Jeannine Rankin, 417-225-7713. (Siegert, Karen) (Entered: 07/14/2010) |
| 07/12/2010 | 179 | JURY LIST (SEALED) as to Claude X (Siegert, Karen) (Entered: 07/15/2010) |
| 07/13/2010 | 177 | Minute Entry for proceedings held before District Judge Richard E. Dorr: JURY TRIAL DAY 2 as to Claude X held on 7/13/2010. Govt's case continues. Recess until 7/14/10. To order a transcript of this hearing please contact Jeannine Rankin, 417-225-7713. (Siegert, Karen) (Entered: 07/14/2010) |
| 07/14/2010 | 178 | Minute Entry for proceedings held before District Judge Richard E. Dorr: JURY TRIAL DAY 3 as to Claude X held on 7/14/2010. Jury trial continues from 7/13/10. Govt's case continues. Parties rest. Recess until 7/15/10. To order a transcript of this hearing please contact Jeannine Rankin, 417-225-7713. (Siegert, Karen) (Entered: 07/15/2010) |
| 07/15/2010 | 182 | JURY INSTRUCTIONS GIVEN. (Siegert, Karen) (Entered: 07/16/2010) |
| 07/15/2010 | 183 | JURY VERDICTS as to Claude X (1) Guilty on Counts 1sss,2sss,3sss,4sss,5sss,6sss,8sss,10sss,11sss,12sss,13sss,15sss. (Siegert, Karen) (Entered: 07/16/2010) |
| 07/15/2010 | 184 | JURY SPECIAL VERDICT on Forfeiture as to Claude X (Siegert, Karen) (Entered: 07/16/2010) |
| 07/15/2010 | 185 | GOVERNMENT'S EXHIBIT INDEX as to Claude X. (Siegert, Karen) (Entered: 07/16/2010) |

| 07/15/2010 | 186 | Minute Entry for proceedings held before District Judge Richard E. Dorr: JURY TRIAL DAY 4 as to Claude X held on 7/15/2010. Govt's oral motion to dimsiss Cts. 16 and 17 is granted. Closing arguments. Jury verdicts. Dft remanded. Trial adjourns. To order a transcript of this hearing please contact Jeannine Rankin, 417-225-7713. (Siegert, Karen) (Entered: 07/16/2010) |
|---|---|---|
| 07/26/2010 | 187 | MOTION for new trial by Claude X. Suggestions in opposition/response due by 8/12/2010 unless otherwise directed by the court. (Lewis, Robert) (Entered: 07/26/2010) |
| 07/27/2010 | 189 | MOTION for forfeiture of property *Motion for Preliminary Order of Forfeiture* by USA as to Claude X. Suggestions in opposition/response due by 8/13/2010 unless otherwise directed by the court. (Hyde, Cynthia) (Entered: 07/27/2010) |
| 07/29/2010 | 190 | SUGGESTIONS in support by Claude X re 187 MOTION for new trial (Lewis, Robert) (Entered: 07/29/2010) |
| 07/29/2010 | 191 | Supplemental MOTION for new trial by Claude X. Suggestions in opposition/response due by 8/16/2010 unless otherwise directed by the court. (Lewis, Robert) (Entered: 07/29/2010) |
| 08/11/2010 | 194 | SUGGESTIONS in opposition by USA as to Claude X re 187 MOTION for new trial *United States' Suggestions in Opposition to Defendant's Motions for a New Trial*. Reply suggestions due by 8/30/2010 unless otherwise directed by the court (Garrison, Timothy) (Entered: 08/11/2010) |
| 08/31/2010 | 196 | NOTICE *Response to Information Charging Prior Offenses* by Claude X re 165 Notice (Other) (Lewis, Robert) (Entered: 08/31/2010) |
| 09/09/2010 | 198 | ORDER as to Claude X; sentencing set for 10/21/2010 09:00 AM in District Courtroom 1, Springfield.(Schroeppel, Kerry) (Entered: 09/09/2010) |
| 09/13/2010 | 199 | MOTION to continue *Government's Motion to Continue Sentencing Hearing* by USA as to Claude X. Suggestions in opposition/response due by 9/30/2010 unless otherwise directed by the court. (Garrison, Timothy) (Entered: 09/13/2010) |
| 09/20/2010 | 200 | ORDER as to Claude X granting 199 *Government's Motion to Continue Sentencing Hearing*; sentencing reset to 11/9/2010 09:00 AM in District Courtroom 1, Springfield. (Schroeppel, Kerry) (Entered: 09/20/2010) |
| 09/30/2010 | 203 | MOTION For Earlier Sentencing Date by Claude X. Suggestions in opposition/response due by 10/18/2010 unless otherwise directed by the court. (Lewis, Robert) (Entered: 09/30/2010) |
| 10/05/2010 | 204 | ORDER as to Claude X granting 203 *Motion for Earlier Sentencing Date* ; sentencing reset to 11/4/2010 02:00 PM in District Courtroom 1, Springfield.(Schroeppel, Kerry) (Entered: 10/05/2010) |
| 10/06/2010 | 205 | ORDER as to Claude X; denying 187 motion for new trial; denying 191 supplemental motion for new trial. (Schroeppel, Kerry) (Entered: 10/06/2010) |
| 10/06/2010 | 206 | PRELIMINARY ORDER OF FORFEITURE as to Claude X (1) granting 189 motion for forfeiture of property.(Schroeppel, Kerry) (Entered: 10/06/2010) |
| 11/03/2010 | 207 | SENTENCING MEMORANDUM by Claude X (Lewis, Robert) (Entered: 11/03/2010) |

| | | |
|---|---|---|
| 11/04/2010 | 210 | Minute Entry for proceedings held before District Judge Richard E. Dorr: SENTENCING held on 11/4/2010 for Claude X. To order a transcript of this hearing please contact Jeannine Rankin, 417-225-7713. (Siegert, Karen) (Entered: 11/12/2010) |
| 11/10/2010 | 211 | Minute Entry for proceedings held before District Judge Richard E. Dorr: RECORD ON CORRECTION TO JUDGMENT as to Claude X held on 11/10/2010. To order a transcript of this hearing please contact Jeannine Rankin, 417-225-7713. (Siegert, Karen) (Entered: 11/12/2010) |
| 11/11/2010 | 209 | NOTICE OF APPEAL by Claude X Filing fee $ 455, receipt number IFP. (Attachments: # 1 CJA 24 transcript order)(Lewis, Robert) (Entered: 11/11/2010) |
| 11/17/2010 | 212 | JUDGMENT and COMMITMENT as to Claude X (1), BOP for life on Count 1; BOP for 360 mos on cts. 2,3,4,6,12, and 15, to run concurrently; BOP for 120 mos on cts. 5 and 13, to run concurrently; BOP 480 MOS on cts. 8 and 10, to run concurrently; BOP FOR 60 mos. on Ct. 11, to run consecutively to ct. 1. Followed by SUPERVISED RELEASE for 10 yrs on ct. 1; 6 yrs on cts. 2, 3, 4, 6, 8, 10, 12, and 15; 4 yrs on ct. 5; 5 yrs on ct. 11, and 3 yrs on ct. 13, terms to run concurrently. MPA: $1200. Stand. Conds. Supv. Rel., Spec. Conds. Supv. Rel. Dft is remanded. Signed on 11/16/10 by District Judge Richard E. Dorr.(Siegert, Karen) (Entered: 11/17/2010) |
| 11/17/2010 | 213 | Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Claude X to US Court of Appeals. Related Document 209 Notice of Appeal - Final Judgment. (Burch, C. Steve) (Entered: 11/17/2010) |
| 11/19/2010 | 214 | AMENDED JUDGMENT AND COMMITMENT as to Claude X (1), correcting the Title & Section of Count 11. Signed on 11/19/10 by District Judge Richard E. Dorr.(Siegert, Karen) (Entered: 11/19/2010) |
| 11/19/2010 | 215 | Supplemental Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Claude X. Related Document 209 Notice of Appeal - Final Judgment. (Siegert, Karen) (Entered: 11/19/2010) |
| 11/22/2010 | 217 | GOVERNMENT'S EXHIBIT INDEX as to Claude X (sentencing on 11/4/10). (Siegert, Karen) (Entered: 11/22/2010) |
| 11/22/2010 | 218 | Supplemental Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Claude X to US Court of Appeals. Related Document 209 Notice of Appeal - Final Judgment. (Siegert, Karen) Modified on 11/22/2010 (Siegert, Karen). (Entered: 11/22/2010) |
| 11/23/2010 | | USCA Case Number is 10-3581 for 209 Notice of Appeal - Final Judgment filed by Claude X as to Claude X. (Anderson, Christy) (Entered: 11/23/2010) |
| 12/20/2010 | 222 | NOTICE of Proof of Publication by USA as to Claude X (Attachments: # 1 Attachment)(Hyde, Cynthia) (Entered: 12/20/2010) |
| 12/29/2010 | 226 | ELECTRONIC TRANSCRIPT as to Claude X of Criminal Jury Trial held July 12, 2010 before Judge Richard E. Dorr. Court Reporter: Jeannine Rankin, 417-225-7713, jeannine_rankin@mow.uscourts.gov. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/6/2011. Release of** |

| | | **Transcript Restriction set for 3/31/2011.**(Rankin, Jeannine) (Entered: 12/29/2010) |
|---|---|---|
| 12/29/2010 | 227 | ELECTRONIC TRANSCRIPT as to Claude X of Criminal Jury Trial held July 13, 2010 before Judge Richard E. Dorr. Court Reporter: Jeannine Rankin, 417-225-7713, jeannine_rankin@mow.uscourts.gov. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/6/2011. Release of Transcript Restriction set for 3/31/2011.**(Rankin, Jeannine) (Entered: 12/29/2010) |
| 12/29/2010 | 228 | ELECTRONIC TRANSCRIPT as to Claude X of Criminal Jury Trial held July 14, 2010 before Judge Richard E. Dorr. Court Reporter: Jeannine Rankin, 417-225-7713, jeannine_rankin@mow.uscourts.gov. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/6/2011. Release of Transcript Restriction set for 3/31/2011.**(Rankin, Jeannine) (Entered: 12/29/2010) |
| 12/29/2010 | 229 | ELECTRONIC TRANSCRIPT as to Claude X of Criminal Jury Trial - Record held July 15, 2010 before Judge Richard E. Dorr. Court Reporter: Jeannine Rankin, 417-225-7713, jeannine_rankin@mow.uscourts.gov. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/6/2011. Release of Transcript Restriction set for 3/31/2011.**(Rankin, Jeannine) (Entered: 12/29/2010) |
| 12/29/2010 | 230 | ELECTRONIC TRANSCRIPT as to Claude X of Sentencing held November 4, 2010 before Judge Richard E. Dorr. Court Reporter: Jeannine Rankin, 417-225-7713, jeannine_rankin@mow.uscourts.gov. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/6/2011. Release of Transcript Restriction set for 3/31/2011.**(Rankin, Jeannine) (Entered: 12/29/2010) |
| 01/06/2011 | 231 | Certified and transmitted record on Appeal as to Claude X to US Court of Appeals re 209 Notice of Appeal - Final Judgment (Anderson, Christy) (Entered: 01/06/2011) |
| 01/21/2011 | 232 | ELECTRONIC TRANSCRIPT as to Claude X of Closing Instruction Record held July 15, 2010 before Judge Richard E. Dorr. Court Reporter: Jeannine Rankin, 417-225-7713, jeannine_rankin@mow.uscourts.gov. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located |

| | | |
|---|---|---|
| | | on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/28/2011. Release of Transcript Restriction set for 4/21/2011.**(Rankin, Jeannine) (Entered: 01/21/2011) |
| 01/31/2011 | 233 | MOTION for forfeiture of property *Motion for Final Order of Forfeiture* by USA as to Claude X, Christina X. Suggestions in opposition/response due by 2/17/2011 unless otherwise directed by the court. (Hyde, Cynthia) (Entered: 01/31/2011) |
| 02/03/2011 | 234 | AMENDED MOTION for forfeiture of property *Motion for Final Order of Forfeiture* by USA as to Claude X. Suggestions in opposition/response due by 2/22/2011 unless otherwise directed by the court. (Hyde, Cynthia) Modified on 2/3/2011 (Siegert, Karen). (Entered: 02/03/2011) |
| 02/28/2011 | 237 | FINAL ORDER OF FORFEITURE, granting 234 amended motion for forfeiture of property; denying as moot 233 motion for forfeiture of property. (Schroeppel, Kerry) (Entered: 02/28/2011) |
| 03/09/2011 | 238 | JUDGMENT RETURNED executed as to Claude X on 2/11/11. This document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Howard, Linda) (Entered: 03/09/2011) |
| 03/10/2011 | 239 | JUDGMENT RETURNED executed as to Claude X on 02/11/11. This document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Anderson, Christy) (Entered: 03/10/2011) |
| 05/12/2011 | 241 | CJA 24 as to Claude X: Authorization to pay Jeannine M. Rankin $1,584.10 for transcript(s). Voucher #11MOW003. This document is being maintained in the finance office at the court. Signed on 12/29/10 by District Judge Richard E. Dorr.This is a TEXT ONLY ENTRY. No document is attached.(Kee, Georgia) (Entered: 05/12/2011) |
| 05/12/2011 | 242 | CJA 20 as to Claude X: Authorization to pay Robert D Lewis. Total amount: $17,039.10: Voucher #11MOW036. This document is being maintained in the finance office at the court. Signed on 12/27/10 by District Judge Richard E. Dorr.This is a TEXT ONLY ENTRY. No document is attached.(Kee, Georgia) (Entered: 05/12/2011) |
| 08/08/2011 | 243 | JUDGMENT AND OPINION of USCA as to Claude X re 209 Notice of Appeal - Final Judgment **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the mandate is issued by the appellate court.** (Attachments: # 1 Opinion)(Anderson, Christy) (Entered: 08/08/2011) |
| 09/07/2011 | 244 | MANDATE of USCA as to Claude X re 209 Notice of Appeal - Final Judgment with mandate issued on 09/06/11. (Anderson, Christy) (Entered: 09/07/2011) |
| 03/12/2012 | 248 | MOTION for order for disposition of evidence by USA as to Claude X, Aarika McKenzie Tracy, Christina X. Suggestions in opposition/response due by 3/29/2012 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit Index) (Garrison, Timothy) (Entered: 03/12/2012) |
| 03/21/2012 | 250 | ORDER as to Claude X (1) denying 248 *Motion for Disposition of Evidence*; pltf to return all non-contraband belonging to Claude X.(Schroeppel, Kerry) (Entered: 03/21/2012) |
| 06/15/2012 | 251 | PRO SE MOTION for order -- Motion to Preserve Petitioner's Right for Relief In Light of the Recently Decided U.S. Supreme Court Case of Depierre v. United States -- by Claude X. Suggestions in opposition/response due by 7/2/2012 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Burch, C. Steve) (Entered: |

| | | 06/15/2012) |
|---|---|---|
| 06/22/2012 | 252 | ORDER as to Claude X (1) denying 251 *Motion to Preserve Petitioners Right for Relief*. Copy sent to def via first class mail.(Schroeppel, Kerry) (Entered: 06/22/2012) |
| 07/06/2012 | 253 | PRO SE MOTION to alter judgment by Claude X. Suggestions in opposition/response due by 7/23/2012 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Burch, C. Steve) (Entered: 07/06/2012) |
| 07/11/2012 | 254 | ORDER as to Claude X (1) denying 253 *Motion to Alter Judgment*. Copy sent to def via first class mail. (Schroeppel, Kerry) (Entered: 07/11/2012) |
| 11/02/2012 | 255 | MOTION to vacate under 28 U.S.C. 2255 filed by Claude X. (Thoennes, Cindy) Civil case 6:12-cv-03480-RED opened. (Entered: 11/06/2012) |
| 10/15/2014 | 258 | LETTER from U.S. Supreme Court stating that a petition for a writ of certiorari has been filed (Case No. 14-6581) as to Claude X. (Anderson, Christy) (Entered: 10/15/2014) |
| 01/05/2015 | 259 | LETTER from U.S. Supreme Court as to Claude X stating the Petition for Writ of Certiorari has been denied. (Burch, C. Steve) (Entered: 01/05/2015) |
| 02/02/2015 | 260 | MOTION for order Disposition of Evidence by USA as to Claude X, Aarika McKenzie Tracy, Christina X. Suggestions in opposition/response due by 2/20/2015 unless otherwise directed by the court. (Garrison, Timothy) Modified on 2/4/2015 NEW CASE NUMBER: 08-03109-01-CR-S-MDH (Siegert, Karen). (Entered: 02/02/2015) |
| 02/04/2015 | | ADMINISTRATIVE ORDER TRANSFERRING/REASSIGNING CASE as to Claude X. Case reassigned to District Judge M. Douglas Harpool for all further proceedings. District Judge Richard E. Dorr no longer assigned to case. This is a TEXT ONLY ENTRY. No document is attached.(Siegert, Karen) (Entered: 02/04/2015) |
| 02/24/2015 | 261 | ORDER granting 260 motion for order to dispose of evidence as to Claude X (1). Signed on 2/24/2015 by District Judge M. Douglas Harpool. (Hance, Breanna) (Entered: 02/24/2015) |
| 04/15/2019 | 262 | Pro Se MOTION for order for Sentence Reduction by Claude X. Suggestions in opposition/response due by 4/29/2019 unless otherwise directed by the court. (Attachments: # 1 Envelope)NEF mailed to Claude X, Reg. No. 21059-045, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808. (Furtak, Rebecca) (Entered: 04/17/2019) |
| 07/11/2019 | 263 | ADMINISTRATIVE ORDER transferring case and appointing Federal Public Defender as to Claude X. Case reassigned to Judge Brian C. Wimes for the limited purpose of processing claims for sentence reduction under the FIRST STEP Act of 2018.Signed on 07/11/2019 by Chief District Judge Beth Phillips.(Lock, Tania) (Entered: 07/11/2019) |
| 03/05/2021 | 264 | ORDER Directing the Probation Office to prepare an addendum to the Presentence Report as to Claude X. The addendum is due within thirty days from the entry of this Order.Signed on 3/5/21 by District Judge Brian C. Wimes.(Anderson, Christy) (Entered: 03/05/2021) |

| | | |
|---|---|---|
| 03/23/2021 | 265 | PRESENTENCE INVESTIGATION REPORT ADDENDUM (Sealed) as to Claude X. Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Related document(s) 197 ) (Greene, Andrea) (Entered: 03/23/2021) |
| 04/26/2021 | 266 | SENTENCING MEMORANDUM by USA as to Claude X (Casey, Brian) (Entered: 04/26/2021) |
| 07/23/2021 | 267 | NOTICE OF HEARING as to Claude X. This is the official notice for this hearing. FSA Re-Sentencing set for 9/10/2021 11:00 AM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C. Wimes. Defendant DOES NOT Need to Appear. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 07/23/2021) |
| 07/23/2021 | 268 | SENTENCING MEMORANDUM by Claude X. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cardarella, Laine) (Entered: 07/23/2021) |
| 09/10/2021 | 269 | Minute Entry for proceedings held before District Judge Brian C. Wimes: RE-SENTENCING held on 9/10/2021 for Claude X (1). Time in court: 11:15 am to 11:50 am. To order a transcript of this hearing please contact Denise Halasey, 816-512-5657, denise_halasey@mow.uscourts.gov. (Diefenbach, Tracy) (Entered: 09/10/2021) |
| 09/13/2021 | 270 | ORDER - GRANTING 262 defendant's motion to reduce sentence pursuant to the FIRST STEP ACT of 2018 as to Claude X (1). Defendant is committed to BOP for term of 121 months as to each of Counts 1, 2, 3, 4, 6, 8, 10, 12 an 15, and 120 months as to each of Counts 5 and 13, all Counts to run concurrently; 60 months as to Count 11, to run consecutively. Following term of incarceration, defendant will be placed on Supervised Release for term of 8 years as to Count 1, 6 years as to each of Counts 2, 3, 4, 6, 8, 10, 12, 15, and 5 years as to Count 11, all Counts to run concurrently. All other provisions as set forth in the Judgment and Commitment, dated November 16, 2010, shall remain in effect. Signed on 9/13/21 by District Judge Brian C. Wimes. (Anderson, Christy) (Entered: 09/13/2021) |
| 09/13/2021 | 271 | AMENDED STATEMENT OF REASONS (Sealed) as to Claude X. <br><br> Per United States Judicial Conference policy, only authorized recipients shall be provided a copy of the Statement of Reasons absent express prior written authorization from this Court. Distribution is limited to the applicable defense counsel, the AUSA, the Financial Litigation Unit of the U.S. Attorney's Office, and Probation/Pretrial Services. Defense counsel are specifically prohibited from providing a copy of the Statement of Reasons to any defendant for any reason. Pro se defendants are also prohibited from obtaining a copy of the Statement of Reasons. <br><br> **NOTICE: Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. The case AUSA shall forward this document to the Financial Litigation Unit of the U.S. Attorney's Office.** <br><br> Signed on 9/13/21 by District Judge Brian C. Wimes.(Anderson, Christy) (Entered: 09/13/2021) |
| 10/15/2021 | 274 | PROBATION JURISDICTION transferred to Northern District of Illinois as to Claude X Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Furtak, Rebecca) (Entered: 10/15/2021) |

| 10/15/2021 | 275 | Notice to Northern District of Illinois of a Transfer of Jurisdiction as to Claude X. Your case number is: 21-CR-00642. If you require a copy of the financial ledger, please email your request to restitution@mow.uscourts.gov If you require certified copies of any documents, please send a request to spfdgen@mow.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Attachments: # 1 Appendix) (Furtak, Rebecca) (Entered: 10/15/2021) |